UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA :

    v.    :    No. 2:4cr887-1(DMC)

JEFFREY SKULSKY :

It appearing to the Court that __Jeffrey Skulsky__ who has been on supervised release since February 23, 2011 has filed a letter motion for Early termination of his Supervised Release; and

The US Probation officer, Patricia Jenson, who was in charge of his/her supervision, prior to being put on low intensity reporting having no objection; and

The United States Attorney's Office having no objection; and

For good cause shown;

It is on this 22nd day of January, 2013,

ORDERED that Jeffrey Skulsky is hereby discharged from the remainder of his Supervised Release; and

Further ORDERED that this Order does not relieve the defendant of any outstanding restitution still owed.

_____
Dennis M. Cavanaugh, U.S.D.J.